# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT,<br><br>    Petitioner,<br><br>v.<br><br>JEFFER SESSIONS, III, et al.,<br><br>    Respondents.<br>_____ | NO. EDCV 17-1370-VAP (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Amended Report and Recommendation of United States Magistrate Judge ("Report") (Dkt. No. 33), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.

The Court concludes that the arguments presented in Petitioner's Objections do not affect or alter the analysis and conclusions set forth in the Report. However, in adopting the Report, the Court amends page 7 of the Report to omit the following sentence on lines 5

through 7 of that page: "Petitioner had 30 days from the date of that decision to file a petition for review of that decision with the appropriate court of appeals. (*Id.*)."

Having completed its review, the Court accepts the findings and recommendations set forth in the Report as amended. Accordingly, IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action without prejudice.

DATED: August 03, 2018

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE