JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, | NO. EDCV 17-1370-VAP (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| JEFFER SESSIONS, III, et al., | |
| Respondent. | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 03, 2018

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE